UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>FOSS MARITIME COMPANY LLC et al.,<br><br>Defendants. | CASE NO. 19-cv-00370-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES |

This matter is before the Court on Plaintiff's Motion for Extension of Time. Dkt. #6. Plaintiff filed this action on March 13, 2019. Dkt. #1. Defendant Foss Maritime Company, LLC appeared on April 12, 2019. Dkt. #4. Defendant HDR Marine, LLC appeared on May 6, 2019. Dkt. #5. Plaintiff seeks extensions of the Court's Initial Scheduling Dates (Dkt. #3) based on difficulties with service of process on HDR Marine, LLC, and health issues experienced by Plaintiff's counsel, Anthony Urie. Dkt. #6. Plaintiff requests entry of an Order to Extend the Deadline to File a Joint Status Report and Discovery Plan from the original May 3, 2019 deadline to June 14, 2019. *Id.* Defendants do not oppose Plaintiff's Motion. Dkt. #7.

Pursuant to this Court's Order dated March 22, 2019 and Local Rule 7(j), parties are directed to meet and to confer regarding an extension, and file a stipulation and proposed order with the court. Dkt. #3; LRC 7(j). While the Court instructs parties to review and follow these

ORDER – 1

procedures for all future motions, the fact that Defendants filed their Response to Plaintiff's Motion on May 7, 2019 renders the meet-and-confer requirement moot.

Having reviewed Plaintiff's Motion and the record and noting that Defendants do not oppose Plaintiff's Motion, the Court finds and orders that good cause for an extension of time exists, that Plaintiff's Motion for Extension of Time (Dkt. #6) is GRANTED, and that the Court's Initial Scheduling Deadlines (Dkt. #3) are revised as follows:

| **Event** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 5/3/2019 | **6/14/2019** |

Dated this 15 day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2